# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Munson, Alex R. | **2. Court or Organization**<br><br>District Court for the Northern Mariana Islands | **3. Date of Report**<br><br>04/02/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article I Senior Status | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>1/1/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>U.S. Courthouse<br>1671 Gualo Rai Road<br>P.O. Box 500687<br>Saipan, MP 96950 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Munson, Alex R. | 04/02/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Munson, Alex R.** | 04/02/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Munson, Alex R.** | 04/02/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Idaho BD BK AUTH REV SERA | B | Interest | L | T | | | | | |
| 2. | Boise State University GEN, Revenue Project Bonds: SET2018A | C | Interest | K | T | | | | | |
| 3. | University Idaho UNIV REVS GEN REV BDS 2014 | B | Interest | K | T | | | | | |
| 4. | Franklin Tax Free TR HGHNYLD Tax Free CL A | B | Int./Div. | M | T | | | | | |
| 5. | Franklin FED Tax Free Income FD CL A | B | Int./Div. | M | T | | | | | |
| 6. | Franklin Tax Free TR FDRL INTR TRM Tax FR INCM CL A | B | Int./Div. | L | T | | | | | |
| 7. | Franklin Custodian FD5 Franklin Income FD CL A | B | Int./Div. | K | T | | | | | |
| 8. | ENB | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 9. | FTS | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 10. | JPM | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 11. | VFC | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 12. | T | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 13. | PLD | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 14. | TFC | D | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 15. | MO | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 16. | PFE | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 17. | LMT | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Munson, Alex R. | 04/02/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 18.   DUK | B | Int./Div. | K | T | Buy | 06/21/19 | K | | |
| 19.   PEP | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 20.   BBT - Error. See Part VIII. | | | | | | | | | |
| 21.   ITW | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 22.   MDT | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 23.   VZ | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 24.   JNJ | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 25.   VLO | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 26.   CVX | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 27.   PG | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 28.   UPS | B | Int./Div. | K | T | Buy | 08/02/19 | K | | |
| 29.   MO | B | Int./Div. | K | T | Buy | 09/26/19 | K | | |
| 30.   PFE | B | Int./Div. | K | T | Buy | 11/18/19 | K | | |
| 31.   Payette Lakes Rec Wtr Swr Dist ID (wastewater) | E | Interest | | | Sold | 06/21/19 | L | B | |
| 32.   Sedgwick Cnty Uni Sch Dist 262 Bam Tcrs G/O (X) | C | Interest | | | Sold | 06/21/19 | M | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Munson, Alex R.** | 04/02/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 10 was corrected from JMP to JPM. Line 19 was entered erroneously.  Lines 30 and 31 added.

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Munson, Alex R.** | 04/02/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Alex R. Munson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544